BEFORE THE SECOND DIVISION, JANUARY 16, 1967

**No. P67/15.**—The Cottrell Co. and J. J. Gavin & Co., Inc., et al. *v.* United States, protests 65/25468, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of slitting machines and parts similar in all material respects to those the subject of *J.J. Gavin & Co., and The Cottrell Company et al.* v. *United States* (54 Cust. Ct. 414, Abstract 69266), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JANUARY 16, 1967

**No. P67/16.**—Very Reverend Vincent Kroger, O.F.M. *v.* United States, protest 63/20536 (New York).

**No. P67/17.**—Adrian Hamers, Inc. *v.* United States, protest 66/6644 (New York).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of stained glass windows similar in all material respects to those the subject of *V. Rev. Kilian McGowan, C.P., Rector* v. *United States* (56 Cust. Ct. 450, C.D. 2673), and *Castelazo & Associates et al.* v. *United States* (57 Cust. Ct. 67, C.D. 2728), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JANUARY 17, 1967

**No. P67/18.**—Chadwick Miller Importers, Inc. *v.* United States, protest 62/14286 (Boston).

RAO, C.J. In accordance with stipulation of counsel that the merchandise (spring clothespins) and issues covered by the foregoing protest are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.